# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:92CR00371-02** |
| ) | |
| **Timothy Boyd CUNNINGHAM** ) | |
| ) | |

## LEGAL HISTORY:

On July 15, 1997, the above-named was sentenced to 135 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 5 years, which commenced on June 24, 2005. Special conditions included: Warrantless search; Drug/alcohol treatment program/testing; Abstention from alcohol; Cellular telephone/pager restrictions; Telephone/pager bill disclosure.

## SUMMARY OF COMPLIANCE:

The offender is supervised in the District of Oregon. He has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   Timothy Boyd CUNNINGHAM
      Docket Number:   2:92CR00371-02
      **RECOMMENDATION TERMINATING**
      **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                        Respectfully submitted,

                        /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
        **Supervising United States Probation Officer**

Dated:      April 11, 2008
            Elk Grove, California
            DAS/cj


cc:   AUSA Richard J. Bender (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | |
| )| |
| vs.                                                   ) | **Docket Number: 2:92CR00371-02** |
| ) | |
| **Timothy Boyd CUNNINGHAM**        ) | |
| ) | |

On June 24, 2005, the above-named was placed on Supervised Release for a period of 5 years. He has been supervised in the District of Oregon. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:     April 11, 2008
              Elk Grove, California
              DAS/cj

**RE:   Timothy Boyd CUNNINGHAM**
**Docket Number:   2:92CR00371-02**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

  May 5, 2008
**Date**                                                                                  **United States District Judge**

DAS/cj

Attachment:   Recommendation

cc:   United States Attorney's Office